UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEREK VINCENT MICHAUD,<br><br>　　　　Defendant. | NO. CR-05-132-RHW<br><br>**ORDER DENYING MOTION TO AMEND JUDGMENT** |

Before the Court is Defendant's Motion to Amend Judgment (Ct. Rec. 58). On May 4, 2006, the Court sentenced Defendant to a 140 month term of imprisonment; an eight (8) year term of supervised release; and a $100 special penalty assessment. Judgment was entered accordingly. Defendant asks that the judgment be amended to order that his federal sentence run concurrent to his state sentence in King County Superior Court, which was imposed on August 5, 2005, as a result of a Second Degree Burglary conviction. Defendant states that he has approximately seven (7) months to serve on his state sentence.

At the sentencing hearing, the Court concluded that a 140 month term of imprisonment was reasonable, based on the factors found in 18 U.S.C. § 3553(b). Defendant has not shown why a seven month reduction in his sentence is necessary or appropriate to meet the objectives of § 3553(b).

Accordingly, **IT IS HEREBY ORDERED:**

1.　Defendant's Motion to Amend Judgment (Ct. Rec. 58) is **DENIED**.

///

**ORDER DENYING MOTION TO AMEND JUDGMENT** ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to furnish copies to counsel.

**DATED** this 21st day of June, 2006.

<u>s/Robert H. Whaley</u>

ROBERT H. WHALEY
Chief United States District Judge

**ORDER DENYING MOTION TO AMEND JUDGMENT** ~ 2